UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hansel De Leon

Write the full name of each plaintiff.

-against-

Ogden Cap Properties, LLC

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

17CV 8063

_____CV 16G-2017-01120
(Include case number if one has been assigned)

Do you want a jury trial?
☑ Yes ☐ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

U.S.D.C. OF N.Y.
2017 OCT 19 AM 10:28
SDNY PRO SE OFFICE
RECEIVED

## I. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Hansel I O. De Leon
First Name Middle Initial Last Name

1562 Vyse Av
Street Address

BRONX NY 10460
County, City State Zip Code

(646) 280-7584 hansdleon@outlook.com
Telephone Number Email Address (if available)

### B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1: Ogden Cap Properties, LLC
Name
390 PARK Avenue Suite 600
Address where defendant may be served
New YORK NY 10022
County, City State Zip Code

Defendant 2:
Name

Address where defendant may be served

County, City State Zip Code

Defendant 3:

Name

Address where defendant may be served

County, City State Zip Code

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

One Lincoln plAZA, Condominium
Name

20 west 64 st
Address

NEW YORK NY 10023
County, City State Zip Code

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☐ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☐ race: ______

☐ color: ______

☐ religion: ______

☐ sex: ______

☑ national origin: I WAS treated different from (others) And didn't Receive payment on work that I did, that had nothing to do with my duties. (I Am from Dominican republic)

☐ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: ______________________

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: ______________

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: ______________________

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: ______________________

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☑ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☐ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☑ Other (may include other relevant federal, state, city, or county law):

unpay work outside my duties.

## IV. STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☑ terminated my employment
- ☐ did not promote me
- ☐ did not accommodate my disability
- ☑ provided me with terms and conditions of employment different from those of similar employees
- ☑ retaliated against me
- ☑ harassed me or created a hostile work environment
- ☐ other (specify): ______________________

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

Since Mr. Ernest Sanchez Came in to work At One Lincoln plaza he turned on me by trying to take Away From me 15 minutes that All maintenance worker have before end the day, this was in his First 9 days working At this Location. One day I could not make it to work he said that I tryed to take A day of the Company while At that moment I still have 8 benefit day left that I had not use At this time. See Attached.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

☑ Yes (Please attach a copy of the charge to this complaint.)

When did you file your charge? December 7, 2016 in the Bronx.

☐ No

Have you received a Notice of Right to Sue from the EEOC?

☑ Yes (Please attach a copy of the Notice of Right to Sue.)

What is the date on the Notice? July 21, 2017

When did you receive the Notice? __________

☐ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

☑ direct the defendant to hire me

☐ direct the defendant to re-employ me

☐ direct the defendant to promote me

☐ direct the defendant to reasonably accommodate my religion

☐ direct the defendant to reasonably accommodate my disability

☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

I am entitled to money damages and the time I having out of working in this company.

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

10/19/2017
Dated

Hansel D Leon
Plaintiff's Signature

HAnseL
First Name

O
Middle Initial

De Leon
Last Name

1562 VYSe AV Apt 3C
Street Address

BRONX
County, City

NY
State

10460
Zip Code

(646) 280-7584
Telephone Number

hAnsdLeon@OutLook.Com
Email Address (if available)

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☐ Yes ☑ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

begining october, 2016 while I was doing my daily duties Rutine I was at the side of the building (64st) cleaning some of the thing that normaly two maintenance worker do, I saw Mr. Ernest and showed picture of what have been going on and did nt like it, so he said the (the Dominicans complaint too much.) Others Employee had tell me to becare-full with Mr. Ernest that he wants to get Ridoff me.

In other times Mr. Ernest Asked to do some work that had nothing to do with the building duties and I did it successfully which he likes it very much. I am talking about a company logo designed by me and others project that he asked me to do, example the cleaning of the Hallway floor plan procedure.

- I was a midnight maintenance worker and I have oppotunity to become a doorman and he blocked me by telling me that I can become a ("handyman") that he was going to help me, what happened was that I had sometime to Figth for the doorman position but he was telling me to let the doorman position and wait for the handy man position when the time of fighting for the doorman position expired he told me that he can not help me anymore to be a handyman. And I got stock on midnight because he making it hard for me.

On november 3, 2016 I got Fired because he said that I tried to get paid one day that I couldn't make it to work because I was really sick but I still had 8 day left of my benefit, that I had not used at that time.

- Others believed that is was because of the logo because Mr. Ernest wants to use it but it trademarked by me.

EEOC Form 161 (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: **Hansel DeLeon**
**1562 Vyse Avenue, Apt 3C**
**Bronx, NY 10460**

From: **New York District Office**
**33 Whitehall Street**
**5th Floor**
**New York, NY 10004**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **16G-2017-01120** | **Holly M. Woodyard, State & Local Program Manager** | **(212) 336-3643** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Kevin J. Berry,**
**District Director**

July 21, 2017
*(Date Mailed)*

Enclosures(s)

cc:

**Attn: Director of Human Resources**
**OGDEN CAP PROPERTIES, LLC**
**390 Park Avenue Suite 600**
**New York, NY 10022**